DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEROY D. HARDEN

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2229
_____

February 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Leroy D. Harden, pro se.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.